**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Facundo Sebastian Diaz, | No. CV-24-03210-PHX-KML |
| Petitioner, | **ORDER** |
| v. | |
| Jason Gunther, | |
| Respondent. | |

Magistrate Judge Camille D. Bibles issued a Report and Recommendation ("R&R") recommending plaintiff's petition for writ of habeas corpus be denied. (Doc. 17.) No objections were filed and the R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

**IT IS ORDERED** the Report and Recommendation (Doc. 17) is **ADOPTED** and the petition for writ of habeas corpus (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**. The Clerk of Court shall enter judgment and close this case.

Dated this 13th day of January, 2026.

Honorable Krissa M. Lanham
United States District Judge